FULL NAME

Nuranders Delatorre

COMMITTED NAME (if different)

FULL ADDRESS INCLUDING NAME OF INSTITUTION

Patton State Hospital

3102 E. Highland Avenue, Patton, CA 92369

PRISON NUMBER (if applicable)

```
FILED
CLERK, U.S. DISTRICT COURT
NOV 17 2025
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

EDCV25-03136-JLS(DTB)

CASE NUMBER

*To be supplied by the Clerk*

Nuranders Delatorre

PLAINTIFF,

v.

Asher       Nick
Brittany    Mike
Dr. G

DEFENDANT(S).

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*

☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner:  ☐ Yes  ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff _____

   _____

   Defendants _____

   _____

b. Court _____

   _____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____

   _____

   _____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes   ☐ No

   If your answer is no, explain why not _____

   _____

   _____

3. Is the grievance procedure completed? ☒ Yes   ☐ No

   If your answer is no, explain why not _____

   _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff **Nuranders Delatorre** _____
                                                          (print plaintiff's name)

who presently resides at **3102 E. Highland Avenue, Patton, CA 92369, Patton State Hospital** ,
                          (mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at **Patton State Hospital** _____
                          (institution/city where violation occurred)

on (date or dates) __09/11/2024__ , _____ , _____ .
                               (Claim I)           (Claim II)           (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant  __Asher__  resides or works at
   (full name of first defendant)
   __3102 E. Highland Avenue, Patton, CA 92369__
   (full address of first defendant)
   __Shift Lead/Psychiatric Technician__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   Defendant violated the plaintiff's 8th and 14th amendment due process

2. Defendant  __Brittany__  resides or works at
   (full name of first defendant)
   __3102 E. Highland Avenue, Patton, CA 92369__
   (full address of first defendant)
   __Registered Nurse__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   Defendant violated the plaintiff's 14th amendment due process

3. Defendant  __Dr. G__  resides or works at
   (full name of first defendant)
   __3102 E. Highland Avenue, Patton, CA 92369__
   (full address of first defendant)
   __Medical Doctor__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   Defendant violated the plaintiff's 8th and 14th amendment due process

4. Defendant  Nick _____ resides or works at
   (full name of first defendant)
   3102 E. Highland Avenue, Patton, CA 92369
   (full address of first defendant)

   Registered Nurse
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☒ individual    ☐ official capacity.

   Explain how this defendant was acting under color of law:
   Defendant violated plaintiff's 8th and 14th amendment due process rights

5. Defendant  Mike _____ resides or works at
   (full name of first defendant)
   3102 E. Highland Avenue, Patton, CA 92369
   (full address of first defendant)

   Registered Nurse
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☒ individual    ☐ official capacity.

   Explain how this defendant was acting under color of law:
   Defendant violated plaintiff's 8th and 14th amendment due process rights.

## D. CLAIMS*

### CLAIM I

The following civil right has been violated:

8th and Fourteenth amendment rights of the constitution

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Around September 11th, 2024, plaintiff informed defendants, who are medical staff employed at PSH of serious concerns regarding his eyesight involving blurry vision, blind spots, and progressive visual impairment causing difficulty in performing daily activities. Despite these complaints, all defendants on Unit 23 who were notified and aware : Shift Lead Asher, Dr. G, RN Mike, RN Nick, and RN Brittany failed to provide timely and adequate medical evaluation or treatment. Approximately 8 months later, plaintiff was finally seen by a medical clinician at PSH, who referred plaintiff to an outside eye specialist at Lake Arrowhead Hospital, acknowledging the need for further evaluation. When plaintiff arrived at his appointment three months after the referral escorted by PSH staff, the receptionist denied service, stating, "Patton State Hospital did not pay the bill." Therefore, the appointment could not proceed. As a result of defendants' failure to ensure proper follow-up care, plaintiff has not received examination or treatment from a qualified eye specialist and his condition continues to deteriorate. To date, plaintiff has not been re-evaluated by any medical professional at PSH regarding his eye condition, nor have any alternative referral or corrective treatment provided. Defendants, who are responsible for plaintiff's health, safety, and medical care, have exhibited deliberate indifference to plaintiff's serious medical needs by failing to provide timely and necessary medical attention. Plaintiff continues to suffer unnecessary pain, worsening vision problems, and diminished quality of life as a direct and proximate result of Defendants' actions and omissions.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Damages in the sum of $1,000,000 and proper medical treatment for plaintiff's eyes.

11/03/2025
(Date)

*Nuranders Delatorre*
(Signature of Plaintiff)