UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **5:25-cv-03136-JLS-ACCV** | Date: | April 20, 2026 |
|---|---|---|---|
| Title: | ***Nuranders Delatorre v. Asher et al.*** | | |

| Present: The Honorable | Angela C. C. Viramontes, United States Magistrate Judge |
|---|---|

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings**          **ORDER TO SHOW CAUSE**
**(IN CHAMBERS):**

On March 25, 2026, Defendants Brittany Fritsch (named "Brittany" in the Complaint) and Dr. Woldermariam Gebralassie (named "Dr. G" in the Complaint) (collectively, "Moving Defendants") filed a Motion to Dismiss ("MTD"). (Electronic Case Filing ("ECF No.") 10, MTD.)  On March 30, 2026, the Court ordered Plaintiff to file an opposition, or notice of non-opposition to the MTD to be served and filed on or before April 10, 2026.  (ECF No. 12 at 1.)

To date, Plaintiff has failed to file an opposition, or notice of non-opposition to the MTD within the allotted time and has not requested an extension of time. Accordingly, on or before May 1, 2026, Plaintiff is ORDERED to do one of the following:  (a) advise the Court that Plaintiff does not wish to pursue this action; (b) show good cause in writing why opposition to the MTD was not timely filed and why the Court should not recommend dismissal of Moving Defendants for failure to prosecute and failure to comply with the Court's prior Order; or (c) file an opposition, or notice of non-opposition to the MTD.  Plaintiff is forewarned that

failure to pursue one of the options provided may be deemed a further violation of a Court order warranting granting of the MTD and may also be considered additional evidence of a lack of prosecution on Plaintiff's part.

**IT IS SO ORDERED.**