**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

NURANDERS DELATORRE,

Plaintiff,

v.

ASHER, *et al.*,

Defendants.

Case No. 5:25-cv-03136-JLS-ACCV

**JUDGMENT**

Pursuant to the Order Dismissing the Complaint, IT IS HEREBY ADJUDGED that the case is DISMISSED without prejudice.

DATE: August 9, 2026

HONORABLE JOSEPHINE L. STATON
United States District Judge